# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELENA ORTIZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>IN THE MATTER OF THE TEMPORARY GUARDIANSHIP OF THE PERSON,<br><br>　　　　Defendant. | Case No. 1:23-cv-00860-JLT-SAB<br><br>ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* WITHOUT PREJUDICE AND REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION<br><br>(ECF No. 2)<br><br>**DEADLINE: JULY 12, 2023** |

　　　　Plaintiff Elena Ortiz, proceeding *pro se*, removed this civil action on June 6, 2023, from the Superior Court for the State of Nevada. (ECF No. 1.) Plaintiff did not pay the filing fee in this action and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2.) However, the Court cannot determine from the information provided in the application if Plaintiff is entitled to proceed in this action without prepayment of fees. For example, Plaintiff indicates at question 3 that she receives "rent payments, interest or dividends," but does not identify "each source of money and state the amount received and what you expect you will continue to receive," as required under the question. (Id. at 1.)

　　　　Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. If Plaintiff

1

is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis* (ECF No. 2) is DENIED without prejudice;
2. The Clerk of the Court is directed to forward an *in forma pauperis* application (Long Form) to Plaintiff;
3. Not later than **JULY 12, 2023**, Plaintiff shall either (1) pay the $402.00 filing fee for this action, or (2) file a long form application to proceed *in forma pauperis* without prepayment of the fee; and
4. If Plaintiff fails to comply with this order, this action shall be dismissed.

IT IS SO ORDERED.

Dated:  **June 7, 2023**

UNITED STATES MAGISTRATE JUDGE