**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELENA ORTIZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>IN THE MATTER OF THE TEMPORARY GUARDIANSHIP OF THE PERSON,<br><br>　　　　　Defendant. | 1:23-cv-00860-JLT-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THE ACTION FOR PLAINTIFF'S FAILURE TO PROSECUTE, FAILURE TO COMPLY WITH A COURT ORDER, AND FAILURE TO PAY THE FILING FEE<br><br>(Doc. 4) |

　　　　Elena Ortiz is proceeding *pro se* in this civil rights action filed under 42 U.S.C. § 1983. On June 7, 2023, the assigned Magistrate Judge denied Plaintiff's initially filed motion to proceed *in forma pauperis* and ordered Plaintiff to file a long form application on or before July 12, 2023. (Docs. 2, 3.) The Court's order warned Plaintiff that if she failed to comply with the order, this action would be dismissed. (Doc. 3 at 2.) However, Plaintiff failed to file the long form application, pay the filing fee, or otherwise respond to the Court's order. Therefore, on August 4, 2023, the Magistrate Judge recommended this action be dismissed due to Plaintiff's failure to prosecute, failure to comply with the Court's order, and failure to pay the filing fee. (Doc. 4.)

　　　　The Court served the Findings and Recommendations on August 4, 2023, and notified Plaintiff that objections to the recommendations were due within 14 days of service. (Doc. 4 at 4.) In addition, the Court advised that the "failure to file objections within the specified time

1

may result in the waiver of rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014), *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991).)  Plaintiff did not file objections, pay the filing fee, or otherwise file any other documents, and the deadline to do so has expired.

According to 28 U.S.C. § 636(b)(1)(C), this Court conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on August 4, 2023 (Doc. 4), are **ADOPTED IN FULL**.
2. This action is **DISMISSED** without prejudice.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **September 15, 2023**

UNITED STATES DISTRICT JUDGE